UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

UNITED STATES OF AMERICA, ET AL.     CASE NO.  3:21-CV-04011

VERSUS                               JUDGE TERRY A. DOUGHTY

PONTCHARTRAIN PARTNERS, LLC, ET AL.  MAG. JUDGE KAYLA D. MCCLUSKY

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 24] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant's Motion to Dismiss [Doc. No. 13] is **DENIED**.

**MONROE, LOUISIANA**, this 13th day of June 2022.

Terry A. Doughty
United States District Judge