**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**UNITED STATES OF AMERICA, ET AL.**     **CASE NO. 3:21-CV-04011**

**VERSUS**     **JUDGE TERRY A. DOUGHTY**

**PONTCHARTRAIN PARTNERS, LLC, ET AL.**     **MAG. JUDGE KAYLA D. MCCLUSKY**

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 67] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant's Motion to Dismiss for Improper Venue [Doc. No. 48] is **DENIED.**

THUS DONE in Chambers on this 22nd day of May 2024.

_____
**TERRY A. DOUGHTY, JUDGE**
**UNITED STATES DISTRICT COURT**